**IT IS SO ORDERED.**

**Dated: 5 February, 2026 10:35 AM**

Suzana Krstevski Koch
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCOTT JAMES ANDREWS, | ) | Case No. 25-11744 |
| Debtor | ) | Judge Suzana Krstevski Koch |
| | ) | |
| | ) | |
| DAVID FINGER, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Proceeding |
| vs. | ) | No. 25-01068 |
| | ) | |
| SCOTT JAMES ANDREWS, | ) | |
| Defendant. | ) | |

## ORDER

The Court held a Pre-Trial Conference in this matter on February 4, 2026. For the reasons stated on the record, this adversary proceeding will be held in abeyance until the conclusion of <u>David Finger, et al. v. Scott Andrews, et al.</u> in Geauga County Court of Common Pleas, Case No. 24-M-000787. Dates previously scheduled in this matter are cancelled. A Joint Status Report shall be filed on or before November 4, 2026.

**IT IS SO ORDERED.**