United States Bankruptcy Court

Northern District of Ohio

Finger,

    Plaintiff

Andrews,

    Defendant

Adv. Proc. No. 25-01068-skk

# CERTIFICATE OF NOTICE

| District/off: 0647-1 | User: jlund | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 05, 2026 | Form ID: pdf701 | Total Noticed: 9 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Edward A. Proctor, Mills Mills Fiely and Lucas LLC, 101 Central Plaza, South, Suite 1200, Canton, OH 44702-1447 |
| pla | + | David Finger, 1107 Sheltered Brook, Huron, OH 44839-2824 |
| pla | + | Fred Cerny, 5481 State Road, Parma, OH 44134-1249 |
| pla | + | Jane Bickely, 128 Richland Avenue, Huron, OH 44839-1151 |
| pla | + | Joanne Berardi, 1107 Sheltered Brook, Huron, OH 44839-2824 |
| pla | + | Kenneth Spero, 2910 N. Firelands Blvd., Port Clinton, OH 43452-3030 |
| pla | + | Patrick McNea, 545 Adams Avenue, Huron, OH 44839-2505 |
| dft | + | Scott James Andrews, 18700 Rivers Edge Drive, Chagrin Falls, OH 44023-4954 |
| pla | + | Shawn Bickely, 128 Richland Avenue, Huron, OH 44839-1151 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael R Fortney, I | |
| | on behalf of Defendant Scott James Andrews mike@ohiolienlawyer.com |
| Robert D. Barr | |
| | on behalf of Plaintiff Jane Bickely rbarr@koehler.law  syackly@koehler.law |

Robert D. Barr

on behalf of Plaintiff David Finger rbarr@koehler.law  syackly@koehler.law

Robert D. Barr

on behalf of Plaintiff Kenneth Spero rbarr@koehler.law  syackly@koehler.law

Robert D. Barr

on behalf of Plaintiff Joanne Berardi rbarr@koehler.law  syackly@koehler.law

Robert D. Barr

on behalf of Plaintiff Fred Cerny rbarr@koehler.law  syackly@koehler.law

Robert D. Barr

on behalf of Plaintiff Patrick McNea rbarr@koehler.law  syackly@koehler.law

Robert D. Barr

on behalf of Plaintiff Shawn Bickely rbarr@koehler.law  syackly@koehler.law

TOTAL: 8

**IT IS SO ORDERED.**

**Dated: 5 February, 2026 10:35 AM**

*Suzana Krstevski Koch*
**Suzana Krstevski Koch**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SCOTT JAMES ANDREWS, | ) | Case No. 25-11744 |
| Debtor | ) | Judge Suzana Krstevski Koch |
| | ) | |
| | ) | |
| DAVID FINGER, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | Adversary Proceeding |
| vs. | ) | No. 25-01068 |
| | ) | |
| SCOTT JAMES ANDREWS, | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

The Court held a Pre-Trial Conference in this matter on February 4, 2026. For the reasons stated on the record, this adversary proceeding will be held in abeyance until the conclusion of <u>David Finger, et al. v. Scott Andrews, et al.</u> in Geauga County Court of Common Pleas, Case No. 24-M-000787. Dates previously scheduled in this matter are cancelled. A Joint Status Report shall be filed on or before November 4, 2026.

**IT IS SO ORDERED.**